

CopyCat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T 877-HERO-CAT (877-437-6228)
E dan@copycatlegal.com

May 14, 2025

**VIA ECF**

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Image Professionals GmbH d/b/a StockFood v. V.T. Meat & Grocery Inc. d/b/a Food Fair Wholesale Fresh Market*, Case No. 7:25-cv-03011-JGLC (S.D.N.Y.); Letter Motion for Extension of Time to File Answer or Otherwise Respond to Complaint

Dear Judge Clarke:

We are counsel for the Plaintiff in the above-captioned action.

We are writing with the Defendant's consent to confirm that the Plaintiff has granted the Defendant a 30 day extension of time to respond to the Complaint, subject to the approval of the Court, in order to provide the Plaintiff and the Defendant time to attempt to resolve the above-captioned action in a negotiated and amicable fashion and to avoid the necessity of litigation. The deadline for the Defendant to file a responsive pleading is May 14, 2025. The mutually agreed extended deadline is June 13, 2025.

This is the first request for an extension in this case, and, as such, no other requests have been granted or denied. The Plaintiff and the Defendant believe this request for an extension of time, if granted, will conserve the resources of the parties and the Court.

Thank you for your consideration of this request.

Respectfully submitted,

Daniel DeSouza, Esq.